# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-three.

Before:      Maria Araújo Kahn,
               *Circuit Judge,*

---

Kathryn Townsend Griffin, Helen McDonald, The Estate of Cherrigale Townsend, The Helen Christine Townsend McDonald Trust, dated March 14, 2008,

    Plaintiffs - Appellants,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Atlantic Recording Corporation, DBA Atlantic Records, Sony/ATV Music Publishing, LLC,

    Defendants – Appellees.

**ORDER**

Docket No. 23-870

---

    Appellees move to dismiss this appeal due to Appellants' failure to file a brief.

    IT IS HEREBY ORDERED that the motion to dismiss is DENIED. Appellants must file their principal brief by Friday, September 22, 2023.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court