UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the ____ day of _____, two thousand and twenty three,

Griffin, et al.

v.

Sheeran, et al.

**STIPULATION**
Docket Number: 23-870

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 9/20/23

Attorney for Appellants

Patrick R. Frank, Frank & Rice, P.A.
Print Name and Firm

Date: 09/15/2023

Attorney for Appellees

Donald S. Zakarin, Pryor Cashman LLP
Print Name and Firm