UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty-three.

_____

| | |
|---|---|
| Kathryn Townsend Griffin, Helen McDonald, The Estate of Cherrigale Townsend, The Helen Christine Townsend McDonald Trust, dated March 14, 2008, | **ORDER**<br><br>Docket No. 23-870 |

       Plaintiffs - Appellants,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Atlantic Recording Corporation, DBA Atlantic Records, Sony/ATV Music Publishing, LLC,

       Defendants - Appellees,

Warner Music Group Corporation, DBA Asylum Records,

       Defendant.

_____

       The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

       The stipulation is hereby "So Ordered".

                                                                For The Court:
                                                                Catherine O'Hagan Wolfe,
                                                                Clerk of Court